HON. DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SUSAN ZAWACKY, individually and as Personal Representative of the Estate of JENOAH DONALD, deceased, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF CLARK, political subdivision of the State of Washington; et al., <br><br> Defendants. | No. 3:22-CV-5101-DGE <br><br> ORDER GRANTING PLAINTIFFS' MOTION TO FILE SINGLE AND JOINT OVER-LENGTH BRIEF |

THIS MATTER having come before the Court upon Plaintiffs' MOTION TO FILE A SINGLE OVER-LENGTH RESPONSE BRIEF IN OPPOSITION OF SUMMARY JUDGMENT MOTIONS (Dkt. No. 81), and the Court having considered the motion and finding good cause therefore GRANTS the motion and ORDERS that Plaintiffs may file one single consolidated over-length response brief in opposition to the three defense summary judgment motions (Dkt. Nos. 73, 74, and 76) and is allowed double the normal page limit for a single response.

DATED this 7th day of April, 2023.

David G. Estudillo
United States District Judge

ORDER GRANTING MOTION TO FILE OVER-LENGTH BRIEF (PROPOSED)
No. 3:22-cv-5101-DGE

ANGUS LEE LAW FIRM, PLLC
9105A NE HWY 99, STE 200
Vancouver, WA 98665
(P) 360-635-6464 (F) 888-509-8268

1   Presented by:

ANGUS LEE LAW FIRM, PLLC           MARK LINDQUIST LAW

*/s/ D. Angus Lee*                 */s/ Mark Lindquist*
D. Angus Lee, WSBA# 36473          Mark Lindquist, WSBA#25076
Attorneys for Plaintiffs'          Attorney for Plaintiffs'
9105A NE HWY 99, Suite 200         505 S. Sheridan Ave
Vancouver, WA 98665                Tacoma, WA 98405
P: 360.635.6464 F: 888.509.8268    P: 253.861.8611
Angus@AngusLeeLaw.com              mark@marklindquistlaw.com

2

ORDER GRANTING MOTION TO FILE OVER-LENGTH BRIEF (PROPOSED)
No.  3:22-cv-5101-DGE

2

ANGUS LEE LAW FIRM, PLLC
9105A NE HWY 99, STE 200
Vancouver, WA 98665
(P) 360-635-6464 (F) 888-509-8268