HON. KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| **SUSAN ZAWACKY**, individually and as Personal Representative of the Estate of **JENOAH DONALD**, deceased, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>**COUNTY OF CLARK**, political subdivision of the State of Washington; et al.,<br><br>　　　　　　　　　　Defendants. | No. 3:22-CV-5101-KKE<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO<br>FILE AN OVER-LENGTH BRIEF |

THIS MATTER having come before the Court upon Plaintiffs' MOTION TO FILE AN OVER-LENGTH RESPONSE BRIEF (*Dkt. 116*), and the Court having considered the motion and finding good cause therefore GRANTS the motion and ORDERS that Plaintiffs may file an over-length response brief in opposition to the defense summary judgment motion (*Dkt. 113*) and is allowed double the normal word limit for a response.

DATED this 26th day of December, 2023.

*[signature: Kymberly K Evanson]*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING MOTION TO FILE OVER-LENGTH BRIEF
No. 3:22-cv-5101-DGE

1

ANGUS LEE LAW FIRM, PLLC
9105A NE HWY 99, STE 200
Vancouver, WA 98665
(P) 360-635-6464 (F) 888-509-8268

1   Presented by:

ANGUS LEE LAW FIRM, PLLC         MARK LINDQUIST LAW

*/s/ D. Angus Lee*                */s/ Mark Lindquist*
D. Angus Lee, WSBA# 36473         Mark Lindquist, WSBA#25076
Attorneys for Plaintiffs'         Attorney for Plaintiffs'
9105A NE HWY 99, Suite 200        505 S. Sheridan Ave
Vancouver, WA 98665               Tacoma, WA 98405
P: 360.635.6464 F: 888.509.8268   P: 253.861.8611
Angus@AngusLeeLaw.com             mark@marklindquistlaw.com

2