UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN ZAWACKY, et al.,<br>　　　　　　Plaintiffs,<br>　v.<br><br>CLARK COUNTY, et al.,<br>　　　　　　Defendants. | CASE NO. C22-5101-KKE<br><br>ORDER |

This matter comes before the Court *sua sponte*. This case is currently scheduled for trial to begin on April 22, 2024, and Defendants filed a motion for summary judgment that is currently awaiting resolution. Dkt. Nos. 103, 113. It appears that this case is unlikely to proceed to trial as scheduled, as Defendants have indicated an intent to appeal if their summary judgment motion is denied. *See, e.g.*, Dkt. No. 131 at 1 (Defendants' indication that their motions in limine were filed late because they "have been attempting to limit expenses and respect judicial economy in a case that is likely to be appealed").

//

//

ORDER - 1

Under these circumstances, the Court finds it appropriate to STRIKE the trial date and VACATE the associated case deadlines (Dkt. No. 103), to be reset as necessary after the pending motion for summary judgment is resolved.

Dated this 22nd day of March, 2024

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER - 2