UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN ZAWACKY, et al.,<br><br>        Plaintiff,<br><br>  v.<br><br>CLARK COUNTY, et al.,<br><br>        Defendant. | CASE NO. C22-5101-KKE<br><br>ORDER |

On January 14, 2025, counsel for Defendant Clark County filed a document titled "Stipulation and Protective Order [Proposed]." Dkt. No. 152. This document does not contain a motion and does not comply with the Local Civil Rules governing requests for protective orders. Local Rules W.D. Wash. LCR 26(c)(1) (instructing parties to include a certification that the movant entered in a good faith meet and confer conference with affected parties), (c)(2) (requiring redlined version of proposed protective orders that depart from the district's model protective order).

//

//

//

ORDER - 1

As such, the Court STRIKES the "Stipulation and Protective Order [Proposed]" (Dkt. No. 152).  The parties may jointly move for a protective order in accordance with the Local Rules.

Dated this 21st day of January, 2025.

Kymberly K. Evanson
United States District Judge

ORDER - 2