THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SUSAN ZAWACKY, individually, and as Personal Representative of the Estate of JENOAH DONALD, deceased; ALEXZANDRA GASAWAY, individually, and as guardian of minor child I.D.; TIFFANY WALLAWAY, individually, and as guardian of minor child S.W.; KARLIE KOACH, individually, and as guardian of minor child C.K.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF CLARK, a political subdivision of the State of Washington; Sheriff's Deputy SEAN BOYLE; and Sheriff's Deputy HOLLY TROUPE;<br><br>Defendants. | No. 3:22-cv-05101 KKE<br><br>STIPULATION FOR AND ORDER OF DISMISSAL WITH PREJUDICE |

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs SUSAN ZAWACKY, individually, and as Personal Representative of the Estate of JENOAH DONALD, deceased; ALEXZANDRA GASAWAY, individually, and as guardian of minor child I.D.; TIFFANY WALLAWAY, individually, and as

STIPULATION FOR AND ORDER OF DISMISSAL WITH PREJUDICE - 1
3:22-cv-05101 DGE

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

guardian of minor child S.W.; KARLIE KOACH, individually, and as guardian of minor child C.K. and Defendants COUNTY OF CLARK, a political subdivision of the State of Washington; Sheriff's Deputy SEAN BOYLE; and Sheriff's Deputy HOLLY TROUPE that all of Plaintiffs' claims against Sheriff's Deputy SEAN BOYLE; and Sheriff's Deputy HOLLY TROUPE may be dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party. The parties further stipulate and agree that the caption in this matter should be amended to reflect that the COUNTY OF CLARK is the sole remaining defendant in this matter. The Court shall retain continuing and exclusive jurisdiction pending conclusion of litigation against the COUNTY OF CLARK.

Dated:  __4/29/25_____     ANGUS LEE LAW FIRM, PLLC


*/s/ D. Angus Lee*
D. Angus Lee, WSBA# 36473
Attorneys for Plaintiffs
9105A NE HWY 99, Suite 200
Vancouver, WA 98665
P: 360.635.6464 F: 888.509.8268
Angus@AngusLeeLaw.com


Dated:  _4/29/25_____     KEATING, BUCKLIN & McCORMACK, INC., P.S.


*/s/ Thomas Miller (approved via email 4/29/25)*
Thomas P. Miller, WSBA #34473
*Attorneys for Defendants*
801 Second Avenue, Suite 1210
Seattle, WA 98104
Ph.: (206) 623-8861 / FAX: (206) 223-9423
tmiller@kbmlawyers.com

STIPULATION FOR AND ORDER OF DISMISSAL
WITH PREJUDICE - 2
3:22-cv-05101 DGE

**KEATING, BUCKLIN & MCCORMACK, INC., P.S.**
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

# ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED that Plaintiff's claims against Sheriff's Deputy SEAN BOYLE and Sheriff's Deputy HOLLY DEZUBIRIA[1] are dismissed without prejudice and without assessment by the Court of costs or attorneys' fees to either party.  IT IS FURTHER ORDERED that the caption in this matter shall be amended to remove Sheriff's Deputy SEAN BOYLE and Sheriff's Deputy HOLLY DEZUBIRIA, so that the COUNTY OF CLARK is the sole remaining defendant. The Court shall retain continuing and exclusive jurisdiction pending conclusion of litigation against the COUNTY OF CLARK.

DATED this 30th day of April, 2025.

*Kymberly K. Evanson*
_____
Kymberly K. Evanson
United States District Judge

---

[1] The parties' stipulation references dismissing Holly Troupe, but the Court previously substituted Holly DeZubiria for Holly Troupe. Dkt. No. 62. Accordingly, the Court corrects this scrivener's error by correctly dismissing Holly DeZubiria so that County of Clark is the sole remaining defendant.

STIPULATION FOR AND ORDER OF DISMISSAL
WITH PREJUDICE - 3
3:22-cv-05101 DGE

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423