THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| SUSAN ZAWACKY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF CLARK, et al.; <br><br> Defendants. | No. 3:22-cv-05101 KKE <br><br> STIPULATION FOR AND ORDER EXTENDING DEADLINE FOR MOTIONS IN LIMINE |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the parties that, for good cause, the deadline for filing motions in limine shall be extended from May 5, 2025 to May 19, 2025.

Dated: 4/30/25   ANGUS LEE LAW FIRM, PLLC

   */s/ D. Angus Lee*
   D. Angus Lee, WSBA# 36473
   Attorneys for Plaintiffs
   9105A NE HWY 99, Suite 200
   Vancouver, WA 98665
   P: 360.635.6464 F: 888.509.8268
   Angus@AngusLeeLaw.com

STIPULATION & ORDER EXTENDING DEADLINE-1
3:22-cv-05101 KKE

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

Dated: 4/30/25                           KEATING, BUCKLIN & McCORMACK, INC., P.S.

*/s/ Thomas Miller* (approved via email April 20, 2025)
Thomas P. Miller, WSBA #34473
*Attorneys for Defendants*
801 Second Avenue, Suite 1210
Seattle, WA 98104
Ph.: (206) 623-8861 / FAX: (206) 223-9423
tmiller@kbmlawyers.com

## ORDER

Pursuant to the parties' stipulation, IT IS ORDERED that the deadline for filing motions in limine is extended to May 19, 2025.

DATED this 30th day of April, 2025.

*Kymberly K. Evanson*
―――――――――――――――――――
Kymberly K. Evanson
United States District Judge

STIPULATION & ORDER EXTENDING DEADLINE-2
3:22-cv-05101 KKE

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423