The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON - SEATTLE

| | |
|---|---|
| **SUSAN ZAWACKY**, individually and as Personal Representative of the Estate of **JENOAH DONALD**, deceased, **ALEXZANDRA GASAWAY** as guardian of minor child I.D., **TIFFANY WALLWAY**, as guardian of minor child S.W., Karlie Koach individually and as guardian of minor child C.K.;<br><br>Plaintiffs,<br><br>v.<br><br>**CLARK COUNTY** et al.<br><br>Defendants. | No. 3:22−cv−05101−KKE<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED PETITION AND FOR APPOINTMENT OF GUARDIAN AD LITEM** |

This matter comes before the Court on Plaintiffs' Unopposed Petition for Appointment of Guardian *Ad Litem* for the minor child I.D., S.W., and C.K. The Court, having reviewed the Petition, the supporting documentation, and the record herein, and having considered the agreement of the parties, ORDERS as follows:

ORDER GRANTING PLAINTIFFS' UNOPPOSED PETITION AND FOR APPOINTMENT OF GUARDIAN AD LITEM (proposed) - 1 of 2
No. 3:22-CV-05384

**Mark Lindquist Law**
100 South 9th Street
Tacoma, WA  98402
206.334.333.0773

1. **Appointment of Guardian Ad Litem:** Pursuant to LCR 17(c), the Court hereby appoints **John R. Wilson** of Rush Hannula Harkins & Kyler, PLLC as the guardian *ad litem* for the minor child I.D., S.W., and C.K. in this civil action arising from the wrongful death of their father, Jenoah Donald.

2. **Responsibilities of the Guardian *Ad Litem*:** Mr. Wilson shall investigate the adequacy of the settlement reached by the parties and report his findings to the Court.

3. **Authority of the Guardian *Ad Litem*:** Mr. Wilson is authorized to act on behalf of I.D., S.W., and C.K. to protect their interests in this matter.

4. **Further Proceedings:** The guardian *ad litem* shall provide a report to the Court regarding the proposed settlement, including any recommendations for the Court's consideration.

It is so ORDERED this 7th day of May, 2025.

Kymberly K. Evanson
United States District Judge

DATED: Monday, May 5, 2025.

| MARK LINDQUIST LAW, PLLC | ANGUS LEE LAW FIRM, PLLC |
|---|---|
| */s/ Mark Lindquist* <br> Mark Lindquist, WSBA#25076 <br> Attorney for Plaintiffs <br> 100 South 9th Street <br> Tacoma, WA 98402 <br> P: 206.333.0773 <br> mark@marklindquistlaw.com | */s/ D. Angus Lee* <br> D. Angus Lee, WSBA# 36473 <br> Attorneys for Plaintiffs <br> 9105A NE HWY 99, Suite 200 <br> Vancouver, WA 98665 <br> P: 360.635.6464 F: 888.509.8268 <br> Angus@AngusLeeLaw.com |

ORDER GRANTING PLAINTIFFS' UNOPPOSED PETITION AND FOR APPOINTMENT OF GUARDIAN AD LITEM (proposed) - 2 of 2
No. 3:22-CV-05384

**Mark Lindquist Law**
100 South 9th Street
Tacoma, WA 98402
206.334.333.0773