UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN ZAWACKY, et al.,<br><br>           Plaintiff,<br><br>   v.<br><br>CLARK COUNTY, et al.,<br><br>           Defendant. | CASE NO. C22-5101-KKE<br><br>ORDER VACATING CASE SCHEDULE |

The parties have notified the Court that they have resolved the case and are preparing final settlement documents. Accordingly, the Court VACATES the current case schedule including the June 9, 2025 trial date. *See* Dkt. No. 148. The parties shall file requests for settlement approval, if any, and/or final dismissal paperwork by July 21, 2025.

Dated this 22nd day of May, 2025.

Kymberly K. Evanson
United States District Judge

ORDER VACATING CASE SCHEDULE - 1