The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| **SUSAN ZAWACKY**, individually and as Personal Representative of the Estate of **JENOAH DONALD**, deceased, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>**CLARK COUNTY** et al.<br><br>Defendants. | No. 3:22-CV-05101 KKE<br><br>**ORDER APPROVING SUPPLEMENTAL REPORT OF SETTLEMENT GUARDIAN AD LITEM, ESTABLISHING TRUSTS, APPOINTING TRUSTEE, AND AUTHORIZING PAYMENT OF FEES** |

**THIS MATTER** having come before the Court on the **Supplemental Report of the Settlement Guardian ad Litem** ("SGAL") (*Dkt. 165*), John R. Wilson, and the Court having considered the report and all attached exhibits, and being otherwise fully advised in the premises, now finds and ORDERS as follows:

**I. APPROVAL OF SUPPLEMENTAL REPORT AND RECOMMENDATIONS**

The Court approves the Supplemental Report of Settlement Guardian ad Litem, including all findings, recommendations, and attached exhibits.

ORDER APPROVING SETTLEMENT
NO. 3:22-CV-05101 KKE

1

ANGUS LEE LAW FIRM, PLLC
9105A NE Hwy 99, Suite 200
Vancouver, WA 98665
T: 360-635-6464

MARK LINDQUIST LAW, PLLC
100 S. 9th Street.
Tacoma, WA 98402
T: 206.333-0773

## II. ESTABLISHMENT OF TRUSTS

The Court hereby approves the creation of the three proposed irrevocable trusts for the management of settlement funds for the minor beneficiaries I.D., S.W., and C.K. The Court finds that such trusts are in the best interests of the minor children and necessary to ensure prudent and professionally supervised financial stewardship of the settlement proceeds.

## III. TRUSTEE APPOINTMENT

The Court appoints Madeira, PLLC (Zebular Madison) as the initial Trustee for the trusts established for I.D., S.W., and C.K. The Trustee shall be subject to the terms of the respective trust documents attached as Exhibits D, E, and F to the SGAL's report and shall submit annual accountings to the Pierce Superior Court until the respective minor reaches the age of 18.

## IV. PAYMENT OF TRUST DRAFTING FEES

The Court approves payment in the amount of $7,000.00 to Madeira Legal for trust drafting services for the three minor children, as set forth in the invoice attached as Exhibit A to the SGAL's report. Such payment shall be made from the minors' settlement proceeds, allocated equally among the three trusts.

## V. APPROVAL OF SUPPLEMENTAL SGAL FEES

The Court approves the supplemental fee request of the Settlement Guardian ad Litem in the amount of $3,828.00 for 13.2 hours of additional work. This amount shall be paid from the settlement proceeds as a case cost and not charged to any one minor's allocation.

ORDER APPROVING SETTLEMENT
NO. 3:22-CV-05101 KKE

2

ANGUS LEE LAW FIRM, PLLC
9105A NE Hwy 99, Suite 200
Vancouver, WA 98665
T: 360-635-6464

MARK LINDQUIST LAW, PLLC
100 S. 9th Street.
Tacoma, WA 98402
T: 206.333-0773

## VI. COURT SUPERVISION

The Court directs that the trusts be supervised by Pierce County Superior Court as provided in the trust documents.

## VII. CONCLUSION

This Order shall be deemed a final approval of the SGAL's work regarding the disbursement of the minors' settlement proceeds. The Court expresses its appreciation to the SGAL for his continued service. With the entry of this Order, John R. Wilson is hereby discharged from any further duties or obligations as Settlement Guardian ad Litem in this matter.

**IT IS SO ORDERED.**

DATED this 7th day of August, 2025.

_____
Kymberly K. Evanson
United States District Judge

DATED: Thursday, August 7, 2025.

ANGUS LEE LAW FIRM, PLLC

*/s/ D. Angus Lee*
D. Angus Lee, WSBA# 36473
Attorneys for Plaintiffs
9105A NE HWY 99, Suite 200
Vancouver, WA 98665
P: 360.635.6464 F: 888.509.8268
Angus@AngusLeeLaw.com

ORDER APPROVING SETTLEMENT
NO. 3:22-CV-05101 KKE

3

ANGUS LEE LAW FIRM, PLLC
9105A NE Hwy 99, Suite 200
Vancouver, WA 98665
T: 360-635-6464

MARK LINDQUIST LAW, PLLC
100 S. 9th Street.
Tacoma, WA 98402
T: 206.333-0773