The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SUSAN ZAWACKY as Personal Representative of the Estate of JENOAH DONALD, deceased; ALEXZANDRA GASAWAY as guardian of minor child I.D.; TIFFANY WALLWAY as guardian of minor child S.W.; KARLIE KOACH as guardian of minor child C.K., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF CLARK, a political subdivision of the State of Washington; <br><br> Defendant. | No. 3:22-cv-05101 KKE <br><br> STIPULATION FOR AND ORDER OF DISMISSAL |

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs SUSAN ZAWACKY as Personal Representative of the Estate of JENOAH DONALD, ALEXZANDRA GASAWAY as guardian of minor child I.D., TIFFANY WALLWAY as guardian of minor child S.W., KARLIE KOACH as guardian of minor child C.K., and Defendant COUNTY OF CLARK that all of Plaintiffs' claims may be dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

STIPULATION FOR AND ORDER OF DISMISSAL - 1
3:22-cv-05101 KKE

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

Dated: August 14, 2025            ANGUS LEE LAW FIRM, PLLC

/s/ *D. Angus Lee*
D. Angus Lee, WSBA# 36473
Attorney for Plaintiffs

Dated: August 14, 2025            KEATING, BUCKLIN & McCORMACK, INC., P.S.

/s/ *Thomas P. Miller*
Thomas P. Miller, WSBA #34473
Attorney for Defendants

Dated: August 14, 2025            MARK LINDQUIST LAW, PLLC

/s/ *Mark Lindquist*
Mark Lindquist, WSBA #25076
Attorney for Plaintiffs

## ORDER

The Court GRANTS the parties' stipulated motion for dismissal (Dkt. No. 169) and ORDERS that Plaintiffs' claims are dismissed in their entirety with prejudice and without assessment by the Court of costs or attorney's fees to either party.

DATED this 14th day of August, 2025.

Kymberly K. Evanson
United States District Judge

STIPULATION FOR AND ORDER OF DISMISSAL - 2
3:22-cv-05101 KKE

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423